

P.O. Box 989728
West Sacramento, CA 95798-9728

To Enroll, Please Call:
(888) 498-1602
Or Visit:
https://response.idx.us/PHTECH
Enrollment Code: N9BH5FD2FP



Jennifer M Hopkins

July 27, 2023

## Notice of Data Breach

Dear Jennifer M Hopkins,

We are writing to inform you of a recent incident that affected the security of your personal information, which is managed with PH TECH in coordination with Capitol Dental Care on behalf of Trillium Community Health Plan. As part of our collaboration with your health plan, we use a third-party software file transfer application called Progress MOVEit to support your continuous health care management. A security flaw within this application recently allowed unauthorized access to your personal information.

**What happened?**
On May 30, 2023, a security flaw within Progress MOVEit's file transfer software application allowed attackers access to your personal information stored on a PH TECH server. PH TECH discovered the attack June 2, 2023, and took immediate action to take systems offline to prevent further intrusion. We found that the attack was a breach of personal information we received from your plan on June 16, 2023 and we notified your plan the same day.

**What information was involved?**
Personal information accessed may have included the following:

| | |
|---|---|
| • Your first and last name | • Email address |
| • Date of birth (DOB) | • Authorization information |
| • Social security number (SSN) | • Diagnosis and procedure codes |
| • Demographic information (address) | • Claim and billing information |
| • Member and plan ID number | |

**What steps are we taking?**
PH TECH is working with a cybersecurity firm to investigate exactly how this breach happened and how to remedy the situation. Law enforcement did not cause a delay in this letter getting to you.

- Notified the Federal Bureau of Investigation (FBI)
- Notified the Oregon State Police (OSP)
- Took affected systems offline
- Worked with Progress MOVEit to patch vulnerabilities

Exhibit 1
Page 1 of 5

PH TECH also conducted a thorough forensic analysis to determine whether there was any risk to your personal information. While we do not believe any of your personal information was misused, we want to tell you about steps you can take to protect your identity going forward.

Additionally, PH TECH is offering you free identity theft protection with a company called IDX, which can help you protect your personal information. The offer includes:

- 12 months of credit and CyberScan monitoring
- An insurance repayment policy
- ID theft recovery services

This service can also help you if your identity is compromised.

**What you can do:**

We encourage you to sign up for the free IDX identity theft protection services described above. You will need the enrollment code located at the top of this letter, so *please don't throw it away.*

- Contact IDX to sign up by calling (888) 498-1602, Monday – Friday, 6 a.m. - 6 p.m. Pacific Time. The deadline to enroll is January 30, 2024.
- You can also sign up online at https://response.idx.us/PHTECH
- Don't forget to use the Enrollment Code in the box at the top of this letter.

**More Information:**

Please also read the attached letter that discusses other "Recommended Steps" for your protection. This document will provide useful information on how to sign up for these services, either by phone or online.

As a precaution, you may report any suspected identity theft to local law enforcement and the Federal Trade Commission (FTC). You may also report identity theft to the FTC by visiting www.identitytheft.gov. Credit reports, fraud alerts and credit freezes can be requested by contacting the credit bureaus listed below:

| Equifax | TransUnion | Experian | Innovis |
|---|---|---|---|
| P.O. Box 740256 | P.O. Box 1000 | P.O. Box 9554 | P.O. Box 1689 |
| Atlanta, GA 30374 | Chester, PA 19016 | Allen, TX 75013 | Pittsburgh, PA 15230 |
| 1-800-525-6285 | 1-800-680-7289 | 1-888-397-3742 | 1-800-540-2505 |
| www.equifax.com | www.transunion.com | www.experian.com | www.innovis.com |

We take your privacy seriously and understand things like this are stressful. We apologize for any concern this may have caused.

Sincerely,

PH TECH

(Enclosure)

You can get this letter in other languages, large print, Braille or a format you prefer. You can also ask for an interpreter. This help is free. Call (888) 498-1602. We accept relay calls. You can get help from an interpreter.

Exhibit 1
Page 2 of 5



## Recommended Steps to Help Protect Your Information

1. **Enroll online:** Go to https://response.idx.us/PHTECH and follow the instructions. Make sure you your Enrollment Code: N9BH5FD2FP

2. **Activate credit monitoring:** This is part of the membership IDX provides, and it must be activated effective. One thing to remember, you must have established credit and access to the internet to use service. If you have questions, IDX can help you.

3. **Contact IDX directly:** If you want more information about this incident, call IDX at (888) 498-1602. representative will be there to answer your questions and help you protect your credit identity.

4. **Review your credit reports:** We recommend that you review your account statements and monitor you credit reports. Under federal law, you are allowed one free copy of your credit report every 12 months. This i from each of the four major credit companies, for a total of four credit reports every 12 months. To get you free credit report, go to www.annualcreditreport.com or call 1-877-322-8228. **Note:** You may want to make your requests one at a time so you get a free credit report every three months.

After you have enrolled in IDX identity protection, look for anything suspicious. If you find something, call IDX immediately or go to their website and fill out a request for help. Once you do this, a member of our ID Care team will contact you and help figure out what's causing the suspicious activity.

It is unlikely you will become a victim of identity theft because of this incident. However, if it does happen, we'll be there to help you. An ID Care Specialist will work quickly to identify what happened, stop it, and reverse the damage.

Additionally, you can file a police report if you experience identity fraud, and you can do so with your local law enforcement or get in touch with the Attorney General. Just be prepared to show them proof that you have been a victim. Please note, a police report is often required to dispute fraudulent items.

5. **Place a fraud alert:** If you want to place a fraud alert, we recommend you do this after activating your credit monitoring. A fraud alert tells creditors to follow certain procedures, including contacting you, before they open any new accounts or change your current ones. Just connect with any one of the four major credit bureaus, or you can visit Experian's or Equifax's website. The contact information for the four bureaus is:

| Equifax | TransUnion | Experian | Innovis |
|---|---|---|---|
| P.O. Box 740256 | P.O. Box 1000 | P.O. Box 9554 | P.O. Box 1689 |
| Atlanta, GA 30374 | Chester, PA 19016 | Allen, TX 75013 | Pittsburgh, PA 15230 |
| 1-800-525-6285 | 1-800-680-7289 | 1-888-397-3742 | 1-800-540-2505 |
| www.equifax.com | www.transunion.com | www.experian.com | www.innovis.com |

You will only need to contact ONE of these bureaus for a fraud alert. Once you file report with one bureau, they will share your alert with the other bureaus. You will then receive a confirmation letter from each bureau in the mail, which will enable you to order all four credit reports, for free. An initial fraud alert will last for one year.

**Note:** No one is allowed to place a fraud alert on your credit report except you. Doing this is a good way to protect yourself, but it might also cause a delay when you want to apply for a loan or other types of financial credit.

Exhibit 1
Page 3 of 5

6. **Place a security freeze**: If you want to place a security freeze (this is different from a fraud alert), you will need to contact **EACH** of the four credit reporting bureaus mentioned above. This will prevent new accounts from being opened in your name. Please remember, you will *not* be able to borrow money, get instant credit, or get a new credit card until you remove the freeze. There is no cost to freeze or unfreeze your credit accounts.

7. **Get additional information**: The Federal Trade Commission (FTC) recommends that you file a complaint with them if your information has been misused. There are also other agencies you can contact to avoid identity theft:

- **All U.S. residents:** Identity Theft Clearinghouse; Federal Trade Commission; 600 Pennsylvania Ave., NW; Washington, D.C.; 20580; www.consumer.gov/idtheft; (877) ID-THEFT (438-4338); TTY: (866) 653-4261.

- **Arizona residents:** If you believe you have been the victim of consumer fraud, you can file a consumer complaint. If you need a complaint form sent to you, you can contact the Attorney General's Office in Phoenix at (602) 542-5763, in Tucson at (520) 628-6648, or outside the Phoenix and Tucson metro areas at (800) 352-8431. File a Consumer Complaint | Arizona Attorney General (azag.gov). Office of the Attorney General, Consumer Information and Complaints. 2005 N Central Ave, Phoenix, AZ 85004.

- **California residents:** Visit the California Office of Privacy Protection (www.oag.ca.gov/privacy) for additional information on identity theft protection.

- **Colorado residents:** 720-508-6000 or Toll-Free at 1-800-222-4444 or email: stop.fraud@state.co.us

- **Connecticut residents:** Consumer Assistance Unit at 860-808-5420. Complaint Form Landing page (ct.gov)

- **Washington residents:** visit https://www.atg.wa.gov/file-complaint 800 5th Ave. Suite 2000, Seattle, WA. 98104-3188, 1.800.551.4636 (in Washington only)

- **Texas residents:** File a Consumer Complaint | Office of the Attorney General (texasattorneygeneral.gov) By Mail: Send the form to: Office of the Attorney General, Consumer Protection Division , PO Box 12548 Austin, TX 78711-2548

- **Idaho residents:** visit https://www.ag.idaho.gov/office-resources/online-forms/?form=File%20a%20Complaint&complaint=Consumer%20Complaint, State of Idaho , 700 W. Jefferson Street, Suite 210 , P.O. Box 83720 , Boise, Idaho 83720-0010

- **Florida residents**: Mailing address Office of the Attorney General State of Florida PL-01 The Capitol Tallahassee, FL 32399-1050 Florida Toll Free: 1-866-966-7226 https://www.myfloridalegal.com/how-to-contact-us/file-a-complaint

- **D.C. residents**: Office of the Attorney General for the District of Columbia; 400 6th Street NW; Washington, D.C.; 20001; https://oag.dc.gov; (202) 727-3400.

Exhibit 1
Page 4 of 5

- **Kentucky residents:** Office of the Attorney General of Kentucky; 700 Capitol Avenue, Suite 118 Frankfort, KY; 40601; www.ag.ky.gov; (502) 696-5300.
- **Maryland residents:** Office of the Attorney General of Maryland; Consumer Protection Division; 200 St. Paul Place; Baltimore, MD; 21202; www.oag.state.md.us/Consumer; (888) 743-0023.
- **Massachusetts residents:** https://www.mass.gov/how-to/file-a-consumer-complaint, Consumer Hotline Call Attorney General's Consumer Advocacy & Response Division, Consumer Hotline at (617) 727-8400 Monday-Friday, 8 a.m. - 4 p.m.
- **New Mexico residents:** You have rights pursuant to the Fair Credit Reporting Act, such as the right to be told if information in your credit file has been used against you, to know what is in your credit file, to ask for your credit score, and to dispute incomplete or inaccurate information. Also, the Fair Credit Reporting Act requires consumer reporting agencies to correct or delete inaccurate, incomplete or unverifiable information; consumer reporting agencies may not report outdated negative information; access to your file is limited; you must give your consent for credit reports to be provided to employers; you may limit "prescreened" offers of credit and insurance you get based on information in your credit report; and you may seek damages from a violator. You may have additional rights under the Fair Credit Reporting Act not summarized here. Identity theft victims and active-duty military personnel have specific additional rights pursuant to the Fair Credit Reporting Act. You can review your rights pursuant to the Fair Credit Reporting Act by visiting www.consumerfinance.gov/f/201504_cfpb_summary_your-rights-under-fcra.pdf, or by writing Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580. https://www.rld.nm.gov/about-us/public-information-hub/consumer-protection/
- **New York residents:** Office of the Attorney General; The Capitol; Albany, NY 12224-0341; (800) 771-7755; https://ag.ny.gov. For more information on identity theft, visit the New York Department of State Division of Consumer Protection: https://dos.ny.gov/consumer-protection
- **Nevada residents:** Attorney General's Bureau of Consumer Protection Hotline: 702-486-3132, 100 North Carson Street Carson City, NV 89701 Telephone: 775-684-1100 www.nv.gov
- **North Carolina residents:** Office of the Attorney General of North Carolina; 9001 Mail Service Center; Raleigh, NC; 27699-9001, www.ncdoj.gov; (919) 716-6400.
- **Oregon residents:** Oregon Department of Justice; 1162 Court Street NE; Salem, OR; 97301-4096; www.doj.state.or.us; (877) 877-9392.
- **Rhode Island residents:** Office of the Attorney General; 150 South Main Street; Providence, RI; 02903; www.riag.ri.gov; (401) 274-4400.

Exhibit 1
Page 5 of 5